**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00389-CR**
_____

**IN RE DANTE TYRONE RUSHING**

**Original Proceeding**
**253rd District Court of Liberty County, Texas**
**Trial Cause Nos. 34000, 34001, 34002 & CR31430**

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Dante Tyrone Rushing complains that the trial court has failed to rule on motions that Rushing filed *pro se* in criminal cases. Rushing indicates that he is represented by counsel in the proceedings currently before the trial court. "A defendant has no right to hybrid representation, and, as a consequence, a trial court is free to disregard any *pro se* motions presented by a defendant who is represented by counsel." *Jenkins v. State*, 592 S.W.3d 894, 902 n.47 (Tex. Crim. App. 2018) (citations omitted). Relator failed to establish that the trial court abused its discretion. Accordingly, we deny Relator's petition for a writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on December 28, 2021
Opinion Delivered December 29, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.